IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**FIVEA SHARIPOFF**,

        Petitioner

    v.

**ROB PERSSON**, Superintendent, Coffee Creek Correctional Institution,

        Respondent.

Case No. 3:16-cv-01711-AC

OPINION AND ORDER

**MOSMAN, J.**,

On April 27, 2020, Magistrate Judge John V. Acosta issued his Findings and Recommendation ("F&R") [ECF 55], recommending that this court deny Ms. Sharipoff's Petition for Writ of Habeas Corpus [ECF 2]. Ms. Sharipoff objected. [ECF 57]. Mr. Persson filed a response. [ECF 58]. Upon review, I agree with Judge Acosta, and I DENY the petition and decline to issue a certificate of appealability.

## DISCUSSION

The magistrate judge makes only recommendations to the court, to which any party may file written objections. The court is not bound by the recommendations of the magistrate judge

1 – OPINION AND ORDER

but retains responsibility for making the final determination. The court is generally required to make a de novo determination regarding those portions of the report or specified findings or recommendation as to which an objection is made. 28 U.S.C. § 636(b)(1)(C). However, the court is not required to review, de novo or under any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the F&R to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). While the level of scrutiny under which I am required to review the F&R depends on whether or not objections have been filed, in either case, I am free to accept, reject, or modify any part of the F&R. 28 U.S.C. § 636(b)(1)(C).

## CONCLUSION

Upon review, I agree with Judge Russo's recommendation and I ADOPT the F&R [55]. I DENY Ms. Sharipoff's Petition for Writ of Habeas Corpus [2]. Because Ms. Sharipoff has failed to make a substantial showing of the denial of a constitutional right, I decline to issue a certificate of appealability. 28 U.S.C. § 2253(c)(2). This case is DISMISSED with prejudice.

IT IS SO ORDERED.

DATED this 1st day of June, 2020.

*Michael W. Mosman*
MICHAEL W. MOSMAN
United States District Judge